(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Robert Rustico                                    Docket No. 07 CR 230

### Petition for Action on Conditions of Pretrial Release

COMES NOW **JENNIFER PACE**, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Robert Rustico**, who was placed under pretrial release supervision by the **Honorable Katharine S. Hayden** sitting in the Court at **2 Federal Square, Newark, New Jersey, on March 12, 2007**, under the following conditions:

**$225,000 bond secured by the equity in the property located at 46 Thomas Avenue, East Hampton, NY and cosigned by his wife; and the following conditions:**

1) PTS supervision
2) Surrender passport/No new travel documents
3) Travel restricted to DNJ, SDNY, EDNY and as directed by PTS
4) Surrender firearm to local authorities
5) Surrender firearms ID card

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER the defendant to participate in mental health evaluation and/or treatment as deemed appropriate by Pretrial Services.

ORDER OF COURT

Considered and ordered this 21st day of May, 2008 and ordered filed and made a part of the records in the above case.

_____
Honorable Katharine S. Hayden
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _May 16, 2008_

_____
Jennifer A. Pace
U.S. Pretrial Services Officer